# Exhibit 1

US00D992787S

(12) **United States Design Patent** (10) Patent No.: **US D992,787 S**
Li (45) Date of Patent: ** **Jul. 18, 2023**

(54) **SHOE LIGHT**

(71) Applicant: **Peng Li**, Putian (CN)

(72) Inventor: **Peng Li**, Putian (CN)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/856,553**

(22) Filed: **Oct. 14, 2022**

(51) **LOC (14) Cl.** .............................................. **26-02**

(52) **U.S. Cl.**
USPC .......................................... **D26/39**; D26/60

(58) **Field of Classification Search**
USPC ........... D26/24, 37, 39, 46, 60; D2/946, 976
CPC ... A43B 3/36; F21V 33/0008; F21V 21/0885; F21V 21/08; F21V 33/0004
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,671,847 | A | * | 3/1954 | Lerch | A43B 3/36 36/137 |
| 3,067,322 | A | * | 12/1962 | Sala | F21V 33/00 36/137 |
| D380,060 | S | * | 6/1997 | Chiang | F21V 21/0885 D26/37 |
| D510,402 | S | * | 10/2005 | Owens | F21V 19/04 D22/108 |
| D578,299 | S | * | 10/2008 | Dennis | D26/1 |
| 7,762,680 | B1 | * | 7/2010 | Miller | A43B 1/0036 362/285 |
| D667,152 | S | * | 9/2012 | Hamasaki | D26/28 |
| D679,038 | S | * | 3/2013 | Hamasaki | D26/28 |
| D766,480 | S | * | 9/2016 | Bo | D26/60 |
| D896,418 | S | | 9/2020 | Lin | |
| D965,829 | S | * | 10/2022 | Zhang | D26/24 |
| 2008/0253108 | A1 | * | 10/2008 | Eilenburg | A43B 3/36 362/189 |
| 2011/0096556 | A1 | * | 4/2011 | Alexander | F21V 19/04 362/373 |
| 2014/0009921 | A1 | * | 1/2014 | Ancona | F21V 21/0885 362/191 |

OTHER PUBLICATIONS

Amazon | Mafiti—Headlights 2-Pack, Lightweight Waterproof Shoes Lights Charms . . . , posted on Oct. 8, 2022, © 1996-2022, Amazon.com, Inc. [online], site visited Dec. 10, 2022]. Available from Internet, <URL: https://www.amazon.com/Headlights-Lightweight-Waterproof-Walking-Suitable/dp/B0BHMVXYVW> (Year: 2022).*

* cited by examiner

*Primary Examiner* — Cary M Robinson
*Assistant Examiner* — Julie Marie Bailey

(57) **CLAIM**

The ornamental design for a shoe light, as shown and described.

DESCRIPTION

FIG. **1** is a front and top perspective view of a shoe light, showing my new design;
FIG. **2** is a rear and bottom perspective view thereof;
FIG. **3** is a front, left side, top perspective view thereof;
FIG. **4** is a front elevation view thereof;
FIG. **5** is a rear elevation view thereof;
FIG. **6** is a left side elevation view thereof;
FIG. **7** is a right side elevation view thereof;
FIG. **8** is a top plan view thereof; and,
FIG. **9** is a bottom plan view thereof.
The broken lines in the figures illustrate portions of the shoe light that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9